1  Scott R. Mosko (State Bar No. 106070)
   Email: scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   700 Hansen Way
4  Palo Alto, California 94304
   Telephone:   (650) 849-6600
5  Facsimile:   (650) 849-6666

6  *Of Counsel:*

7  E. Robert Yoches
   Email: bob.yoches@finnegan.com
8  Pedro F. Suarez (State Bar No. 208962)
   Email: pedro.suarez@finnegan.com
9  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
10 901 New York Avenue, N.W.
   Washington, D.C. 20001-4413
11 Telephone:   (202) 408-4000
   Facsimile:   (202) 408-4400
12
   Christopher S. Schultz
13 Email: christopher.schultz@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
14    GARRETT & DUNNER, L.L.P.
   55 Cambridge Parkway
15 Cambridge, MA 02142
   Telephone:   (617) 452-1600
16 Facsimile:   (617) 452-1666

17 Attorneys for Defendant
   STARENT NETWORKS CORP.
18

**CHAMBERS COPY**

**RECEIVED**
MAY 26 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

19                    UNITED STATES DISTRICT COURT
20                   NORTHERN DISTRICT OF CALIFORNIA
21                          SAN JOSE DIVISION
22

| UT STARCOM, INC.,                | CASE NO. C 05 00710 (JF) (ADR)                                                                        |
|----------------------------------|-------------------------------------------------------------------------------------------------------|
| Plaintiff,                       | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF E. ROBERT YOCHES *PRO HAC VICE*            |
| v.                               |                                                                                                       |
| STARENT NETWORKS CORP.,          |                                                                                                       |
| Defendant.                       |                                                                                                       |

1 | E. Robert Yoches, an active member in good standing of the bars of the District of Columbia, U.S. Court of Appeals for the Federal Circuit, U.S. Supreme Court; and registered to practice before the United States Patent and Trademark Office, whose business address and telephone number is 901 New York Avenue, N.W., Washington, D.C. 20001-4413, 202-408-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Starent Networks Corp.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5-31, 2005

The Honorable Jeremy Fogel
United States District Court Judge