CHAMBERS COPY

ORIGINAL FILED
MAY 26 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  Scott R. Mosko (State Bar No. 106070)
   Email: scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   700 Hansen Way
4  Palo Alto, California 94304
   Telephone:   (650) 849-6600
5  Facsimile:   (650) 849-6666

6  *Of Counsel:*

7  E. Robert Yoches
   Email: bob.yoches@finnegan.com
8  Pedro F. Suarez (State Bar No. 208962)
   Email: pedro.suarez@finnegan.com
9  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
10 901 New York Avenue, N.W.
   Washington, D.C. 20001-4413
11 Telephone:   (202) 408-4000
   Facsimile:   (202) 408-4400
12
   Christopher S. Schultz
13 Email: christopher.schultz@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
14   GARRETT & DUNNER, L.L.P.
   55 Cambridge Parkway
15 Cambridge, MA 02142
   Telephone:   (617) 452-1600
16 Facsimile:   (617) 452-1666

17 Attorneys for Defendant
   STARENT NETWORKS CORP.
18

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                    SAN JOSE DIVISION

22

| UT STARCOM, INC., | CASE NO. C 05 00710 (JF) (ADR) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF CHRISTOPHER S. SCHULTZ *PRO HAC VICE* |
| v. | |
| STARENT NETWORKS CORP., | |
| Defendant. | |

1  Christopher S. Schultz, an active member in good standing of the bar of the state of
2  Massachusetts; and registered to practice before the United States Patent and Trademark Office,
3  whose business address and telephone number is 55 Cambridge Parkway, Cambridge, MA 02142,
4  having applied in the above-entitled action for admission to practice in the Northern District of
5  California on a *pro hac vice* basis, representing Starent Networks Corp.
6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*.
8  Service of papers upon and communication with counsel designated in the application shall
9  constitute notice to the party. All future filings in this action are subject to the requirements
10  contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____, 2005

The Honorable Jeremy Fogel
United States District Court Judge