**CHAMBERS COPY**

1 | Scott R. Mosko (State Bar No. 106070)
  | Email: scott.mosko@finnegan.com
2 | FINNEGAN, HENDERSON, FARABOW,
  |     GARRETT & DUNNER, L.L.P.
3 | Stanford Research Park
  | 700 Hansen Way
4 | Palo Alto, California  94304
  | Telephone:    (650) 849-6600
5 | Facsimile:    (650) 849-6666

6 | *Of Counsel:*

7 | E. Robert Yoches
  | Email: bob.yoches@finnegan.com
8 | Pedro F. Suarez (State Bar No. 208962)
  | Email: pedro.suarez@finnegan.com
9 | FINNEGAN, HENDERSON, FARABOW,
  |     GARRETT & DUNNER, L.L.P.
10 | 901 New York Avenue, N.W.
   | Washington, D.C.  20001-4413
11 | Telephone:    (202) 408-4000
   | Facsimile:    (202) 408-4400
12 |
   | Lawrence R. Robins
13 | Email: larry.robins@finnegan.com
   | Christopher S. Schultz
14 | Email: christopher.schultz@finnegan.com
   | FINNEGAN, HENDERSON, FARABOW,
15 |     GARRETT & DUNNER, L.L.P.
   | 55 Cambridge Parkway
16 | Cambridge, MA 02142
   | Telephone:    (617) 452-1600
17 | Facsimile:    (617) 452-1666

18 | Attorneys for Defendant
   | STARENT NETWORKS CORP.

[RECEIVED MAY 26 2005 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]

20 |                           UNITED STATES DISTRICT COURT
21 |                         NORTHERN DISTRICT OF CALIFORNIA
                                    SAN JOSE DIVISION

23 | UT STARCOM, INC.,                        | CASE NO. C 05 00710 (JF) (ADR)
24 |                                          |
   |               Plaintiff/Counterdefendant,| [PROPOSED] ORDER GRANTING
25 |                                          | APPLICATION FOR ADMISSION OF
   |       v.                                 | LAWRENCE R. ROBINS *PRO HAC*
26 |                                          | *VICE*
   | STARENT NETWORKS CORP.,                  |
27 |                                          |
   |             Defendant/Counterclaimant.   |
28 |

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF LAWRENCE R. ROBINS *PRO HAC VICE*
Case No. C 05 00710 (JF) (ADR)

1  Lawrence R. Robins, an active member in good standing of the bar of the state of
2  Massachusetts; and registered to practice before the United States Patent and Trademark Office,
3  whose business address and telephone number is 55 Cambridge Parkway, Cambridge, MA 02142,
4  having applied in the above-entitled action for admission to practice in the Northern District of
5  California on a *pro hac vice* basis, representing Starent Networks Corp.
6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7  and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*
8  *vice*. Service of papers upon and communication with counsel designated in the application shall
9  constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

14 Dated: 5-31, 2005

The Honorable Jeremy Fogel
United States District Court Judge