Vicki S. Veenker (158669)
Brian C. Cannon (193071)
Adam P. Noah (198669)
Michael C. Lee (204294)
Mary B. Boyle (232228)
SHEARMAN & STERLING LLP
1080 Marsh Road
Menlo Park, CA 94025-1022
Telephone: (650) 838-3600
Facsimile: (650) 838-3699

Attorneys for Plaintiff/Counterdefendant
UTStarcom, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UTSTARCOM, INC., | Case No.: C05-00710 JF (RS) (ADR) |
| Plaintiff/Counterdefendant, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS** |
| v. | |
| STARENT NETWORKS CORP., | |
| Defendant/Counterclaimant. | |

WHEREAS, Defendant Starent Networks Corp. ("Starent") filed and served its Answer and Counterclaims on May 31, 2005;

WHEREAS, the present date by which Plaintiff UTStarcom, Inc. ("UTStarcom") must respond to Starent's Counterclaims is June 20, 2005;

WHEREAS, Starent's Third Counterclaim alleges inequitable conduct and such counterclaim is the subject of UTStarcom's Rule 12(b)(6) motion to dismiss filed June 16, 2005;

WHEREAS, the parties have mutually agreed that UTStarcom's time to reply to Starent's Counterclaims should be extended until August 12, 2005, one week after the noticed hearing date on UTStarcom's motion to dismiss Starent's Third Counterclaim; and

WHEREAS, this proposed extension will have no effect on the schedule for the Initial Case Management Conference or any other dates set forth in the Court's Initial Scheduling

Order;

THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL HEREBY STIPULATE AS FOLLOWS:

Pursuant to Civil L.R. 6-2(a), the time for UTStarcom to respond to Starent's Counterclaims is extended until August 12, 2005.

Dated:   June 20, 2005

SHEARMAN & STERLING LLP

BY:   /s/  Vicki S. Veenker
      Vicki S. Veenker

Attorneys For Plaintiff/Counterdefendant, UTStarcom, Inc.

Dated:   June 20, 2005

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

BY:   /s/ Scott R. Mosko
      Scott R. Mosko

Attorneys For Defendant/Counterclaimant, Starent Networks Corp.

IT IS SO ORDERED.

Dated:   __6/22/05_____          (s/electronic-signature-authorized)_____

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE