1  Scott R. Mosko (State Bar No. 106070)
   E-Mail: scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   700 Hansen Way
4  Palo Alto, California  94304
   Telephone:     (650) 849-6600
5  Facsimile:     (650) 849-6666

6  See Additional Counsel for Defendant Listed
   On Last Page
7

8  Attorneys for Defendant and Counterclaimant
   STARENT NETWORKS CORP.
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14  UTSTARCOM, INC.,                    CASE NO. C 05 00710  (PVT)

15          Plaintiff/Counterdefendant, STIPULATION AND [PROPOSED]
                                        ORDER] TO EXTEND CASE
16      v.                              MANAGEMENT CONFERENCE
                                        FROM DECEMBER 13, 2005 TO
17  STARENT NETWORKS CORP.,             JANUARY 10, 2006

18           Defendant/Counterclaimant.

19
20
21
22
23
24
25
26
27
28

Because Counsel for Defendant is unavailable on the scheduled Conference date, the parties hereby stipulate to move the Case Management Conference from December 13, 2005 to January 10, 2006.  By his signature below, counsel for Defendant swears under penalty of perjury that counsel for Plaintiff concurred in the filing of this document.

Dated:  November 18, 2005            FINNEGAN, HENDERSON, FARABOW,
                                       GARRETT & DUNNER, L.L.P.


                                     By:_____/s/_____
                                        Scott R. Mosko
                                        Attorneys for Defendant and Counterclaimant
                                        Starent Networks Corp.


Dated:  November 18, 2005            SHEARMAN & STERLING


                                     By:_____/s/_____
                                        Vicki S. Veenker
                                        Attorneys for Plaintiff and Counter-Defendant
                                        UTStarcom Inc.

IT IS SO ORDERED


Dated: *11/21/05*
                                     _____
                                     Patricia V. Trumbull
                                     United States Magistrate Judge