1  Vicki S. Veenker (158669)
   Adam P. Noah (198669)
2  Joshua C. Walsh-Benson (228983)
   Christy F. Lai (239099)
3  SHEARMAN & STERLING LLP
   1080 Marsh Road
4  Menlo Park, CA 94025-1022
   Telephone: (650) 838-3600
5  Facsimile: (650) 838-3699

6  Attorneys for Plaintiff,
   UTStarcom, Inc.
7

8                **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
9                    **SAN FRANCISCO DIVISION**

10

11 | UTSTARCOM, INC.,              | Case No.: C05-00710 JSW         |
12 |            Plaintiff,         |                                 |
13 |        v.                     | **NOTICE OF SUBSTITUTION OF**   |
   |                               | **COUNSEL AND [PROPOSED]**      |
14 | STARENT NETWORKS, CORP.,      | **ORDER**                       |
15 |            Defendant          |                                 |

16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SUBSTITUTION OF COUNSEL                              Case No.: C05-00710 JSW
AND [PROPOSED] ORDER

Plaintiff UTStarcom, Inc. hereby gives notice that Liner Yankelevitz Sunshine & Regenstreif LLP is being substituted as counsel, replacing Shearman & Sterling LLP. Liner Yankelevitz Sunshine & Regenstreif's contact information for this case is as follows:

>Joanna M. Esty
>Jenna F. Karadbil
>LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
>199 Fremont Street, 20th Floor
>San Francisco, California 94105
>Telephone:   (415) 489-7700
>Facsimile:   (415) 489-7701
>jesty@linerlaw.com
>jkaradbil@linerlaw.com

Respectfully submitted,

Dated: March 23, 2006

/s/ Vicki S. Veenker
Vicki S. Veenker
SHEARMAN & STERLING LLP
1080 Marsh Street
Menlo Park, CA  94025-1022
Telephone:   (650) 838-3600
Facsimile:   (650) 838-3699

Dated: March 23, 2006

/s/ Joanna M. Esty
Joanna M. Esty
LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
Telephone:   (310) 500-3500
Facsimile:   (310) 500-3501

Attorneys for Plaintiff
UTStarcom, Inc.

## [PROPOSED] ORDER

The foregoing substitution of attorneys is authorized by the Court and the Clerk of the Court is directed to make the appropriate change on the docket.

**IT IS SO ORDERED.**

DATED: __March 27, 2006__          /s/ Jeffrey S. White
                                   UNITED STATES DISTRICT COURT JUDGE