| | |
|---|---|
| 1 | JoAnna M. Esty, Esq. (SBN: 147903) |
| | jesty@linerlaw.com |
| 2 | Jenna F. Karadbil, Esq. (SBN: 213574) |
| | jkaradbil@linerlaw.com |
| 3 | LINER YANKELEVITZ |
| | SUNSHINE & REGENSTREIF LLP |
| 4 | 199 Fremont Street, 20th Floor |
| | San Francisco, California 94105-2255 |
| 5 | Telephone: (415) 489-7700 |
| | Facsimile: (415) 489-7701 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | UTSTARCOM, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UTSTARCOM, INC., | ) Case No. C 05-00710 JSW |
|---|---|
| Plaintiff, | ) **STIPULATION ENLARGING** |
| | ) **TIME FOR INITIAL** |
| vs. | ) **DISCLOSURES AND** |
| | ) **[PROPOSED] ORDER** |
| STARENT NETWORKS, CORPORATION, | ) |
| Defendant. | ) |

WHEREAS, the Initial Case Management Conference in this case has been scheduled by this Court for March 31, 2006, at 1:30 p.m.,

WHEREAS, Plaintiff UTSTARCOM, INC., has recently retained new counsel, who has just filed its Notice of Substitution,

WHEREAS, the parties have agreed to the modification of certain deadlines to accommodate Plaintiff's new counsel,

WHEREAS, the parties have previously mutually agreed to the modification of certain other deadlines under this Court's February 16, 2005 Order Setting Initial Case Management Conference consistent with Federal Rule of Civil Procedure 26, and

WHEREAS, the proposed modification of time will have no effect on the schedule for the Initial Case Management Conference,

Case No. C 05-00710 JSW
STIPULATION ENLARGING TIME FOR INITIAL DISCLOSURES AND [PROPOSED] ORDER
0090107/020/ 299837v01

The parties by and through their respective counsel hereby stipulate as follows:

The last day to complete initial disclosures or state objections to the Rule 26(f) Report shall be enlarged to April 14, 2006.

By his signature below, counsel for Plaintiff swears under penalty of perjury that counsel for Defendant concurred in the filing of this document.

Dated: March 24, 2006

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: ___/s/_____
JoAnna M. Esty
Attorneys for Plaintiff
UTStarcom, Inc.

Dated: March 24, 2006

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

By: ___/s/_____
Scott R. Mosko
Attorneys for Defendant
Starent Networks, Corp.

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: ____March 28, 2006_____    _____
JEFFREY S. WHITE
UNITED STATED DISTRICT JUDGE