IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UTSTARCOM, INC.,

    Plaintiff,

v.

STARENT NETWORKS, CORPORATION,

    Defendant.

No. C 05-00710 JSW

**ORDER (1) VACATING CASE MANAGEMENT CONFERENCE, AND (2) REFERRING MATTERS TO MAGISTRATE JUDGE TRUMBULL**

The Court HEREBY VACATES the Case Management Conference in this matter currently scheduled for March 31, 2006 at 1:30 p.m. and SETS the following dates:

(1) Last Day for Disclosure of Asserted Claims and Preliminary Infringement Contentions, and accompanying documents: April 28, 2006;

(2) Last Day for Preliminary Invalidity Contentions, and accompanying documents: June 13, 2006;

(3) Date for Simultaneous Exchange of Proposed Terms and Claim Construction Elements for Construction: June 23, 2006;

(4) Date for Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence: July 17, 2006;

(5) Filing Deadline for Joint Claim Construction and Prehearing Statement: August 11, 2006;

(6) Close of Discovery Related to Claim Construction: September 11, 2006

(7) Filing Deadline for Plaintiff's Opening Claim Construction Brief: September 26, 2006;

1  (8) Filing Deadline for Defendant's Responsive Claim Construction Brief: October 10, 2006;

2  (9) Filing Deadline for Plaintiff's Reply Claim Construction Brief: October 17, 2006; and

3  (10) Claim Construction Hearing: October 31, 2006 at 9:30 a.m.;

Pursuant to Civil Local Rule 72-1, the Claims Construction is HEREBY REFERRED to Magistrate Judge Trumbull to issue a report and recommendation. The parties will be advised of the date and time of the Tutorial in this matter by Magistrate Judge Trumbull. The Court FURTHER ORDERS that Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Trumbull for resolution of all discovery matters.

**IT IS SO ORDERED.**

Dated: March 29, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom