UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UTSTARCOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> STARENT NETWORKS CORPORATION, <br><br> Defendant. | Case No.: C05-0710 JSW (PVT) <br><br> **CLAIMS CONSTRUCTION SCHEDULING ORDER** |

On March 29, 2006, District Judge Jeffrey S. White referred to Magistrate Judge Patricia V. Trumbull the claims construction in this matter for report and recommendation (*see* 28 U.S.C. § 636(b)(1)(B)), as well as all discovery matters (*see* 28 U.S.C. § 636(b)(1)(A)). On May 16, 2006 the parties filed a Stipulation and [Proposed Order] to Extend Dates. Based on the foregoing and the file herein,

IT IS HEREBY ORDERED that the following schedule shall apply for claims construction in this case:

Preliminary Invalidity Contentions[1] and accompanying documents due . . . . . . . .  7/12/06

Exchange of Proposed Terms and Claim Construction Elements due  . . . . . . . . .  7/28/06

---

[1] The deadline for the Disclosure or Asserted Claims and Preliminary Infringement Contentions, and accompanying documents, which was set as April 28, 2006 in Judge White's March 29, 2006 order, has already passed and the disclosure has presumably been served.

ORDER, *page 1*

| | | |
|---|---|---|
| 1 | Exchange of Preliminary Claim Construction and Extrinsic Evidence due | 8/4/06 |
| 2 | Last day to file Joint Claim Construction Statement | 8/18/06 |
| 3 | Claim Construction Discovery Cutoff | 9/11/06 |
| 4 | Last day to file Plaintiff's Opening Claim Construction Brief | 9/26/06 |
| 5 | Last day to file Defendant's Responsive Claim Construction Brief | 10/10/06 |
| 6 | Last day to file Plaintiff's Reply Claim Construction Brief | 10/17/06 |
| 7 | Tutorial | 10:00 am. on 10/25/06 |
| 8 | Claim Construction Hearing | 10:00 a.m. on 10/31/06 |

IT IS FURTHER ORDERED that both the tutorial and the claim construction hearing will both be held before Magistrate Judge Patricia V. Trumbull in Courtroom 5, in the San Jose Division of this court.  The parties shall make arrangements to videotape the tutorial, and shall lodge a copy of the video with the court as soon as reasonably practical after the tutorial.  The videographer(s) retained are hereby authorized to bring their video equipment into the courthouse for the tutorial.  The parties shall provide the videographer(s) with a copy of this order to show to court security upon arrival.

IT IS FURTHER ORDERED that the parties need not submit to this court stipulations to extend the time to respond to discovery.  *See* CIVIL L.R. 6-1(a).

Dated: *5/17/06*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge