```
 1 │ JoAnna M. Esty, Esq. (SBN: 147903)
   │    jesty@linerlaw.com
 2 │ Jenna F. Karadbil, Esq. (SBN: 213574)
   │    jkaradbil@linerlaw.com
 3 │ LINER YANKELEVITZ
   │ SUNSHINE & REGENSTREIF LLP
 4 │ 199 Fremont Street, 20th Floor
   │ San Francisco, California 94105-2255
 5 │ Telephone:  (415) 489-7700
   │ Facsimile:  (415) 489-7701
 6 │
   │ Attorneys for Plaintiff
 7 │ UTSTARCOM, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTSTARCOM, INC., | Case No. C 05-00710 JSW |
| Plaintiff, | **STIPULATION TO EXTEND DATES AND [PROPOSED] ORDER** |
| vs. | |
| STARENT NETWORKS, CORPORATION, | |
| Defendant. | |

WHEREAS, the parties have agreed to enter into mediation in an attempt to settle this matter without further Court intervention,

WHEREAS, the Court issued its Claim Construction Scheduling Order on May 17, 2006 that requires the parties to file certain documents before the parties' mediation is to occur,

WHEREAS, the parties previously stipulated to a modified schedule in anticipation of the mediation, however scheduling conflicts have prevented the mediation from occurring when the parties initially anticipated.

The parties hereby stipulate to the following schedule:

| Activity | Current Date | New Date |
|---|---|---|
| Deadline for submission of Preliminary Invalidity Contentions and documents: | July 12, 2006 | September 11, 2006 |

Case No.  C 05-00710 JSW
STIPULATION TO EXTEND DATES AND [PROPOSED] ORDER

0090107/020/ 299837v01

| | | |
|---|---|---|
| Deadline for exchange of Proposed Terms and Claim Construction Elements: | July 28, 2006 | September 25, 2006 |
| Deadline for Exchange of Preliminary Claim Construction and Extrinsic Evidence: | August 4, 2006 | October 2, 2006 |
| Filing of Joint Claim Construction Statement | August 18, 2006 | October 16, 2006 |
| Claim Construction Discovery Cutoff | September 11, 2006 | November 18, 2006 |
| Last Day to File Plaintiff's Opening Claim Construction Brief | September 26, 2006 | January 8, 2007 |
| Last Day to File Defendant's Responsive Claim Construction Brief | October 10, 2006 | January 22, 2007 |
| Last Day to File Plaintiff's Reply Claim Construction Brief | October 17, 2006 | January 29, 2007 |
| Tutorial | 10:00 a.m. October 25, 2006 | TBD |
| Claim Construction Hearing | 10:00 a.m. October 31, 2006 | TBD |

By her signature below, counsel for Plaintiff swears under penalty of perjury that counsel for Defendant concurred in the filing of this document.

Dated:  June 26, 2006           LINER YANKELEVITZ
                                SUNSHINE & REGENSTREIF LLP


                                By: ___/s/_____
                                    JoAnna M. Esty
                                    Attorneys for Plaintiff
                                    UTStarcom, Inc.

| Dated: June 26, 2006 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
|---|---|
| | By: _____/s/_____<br>Scott R. Mosko<br>Attorneys for Defendant<br>Starent Networks, Corp. |

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: 6/28/06

_____
PATRICIA V. TRUMBULL
UNITED STATED MAGISTRATE