1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UTSTARCOM, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STARENT NETWORKS )<br>CORPORATION, )<br>)<br>Defendant. )<br>_____) | Case No.: C05-0710 JSW (PVT)<br><br>**ORDER RE SCHEDULE FOR TUTORIAL AND CLAIMS CONSTRUCTION HEARING** |

By order filed June 30, 2006 this court approved the parties' stipulation to extend certain claims construction dates. The parties' stipulation did not include new dates for the tutorial and the claims construction hearing. Therefore,

IT IS HEREBY ORDERED that no later than September 6, 2006, the parties shall submit either a joint proposal or their respective proposals for scheduling the tutorial and the claims construction hearing.

Dated: *8/25/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge