1  Scott R. Mosko (State Bar No. 106070)
   E-Mail:  scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:     (650) 849-6600
5  Facsimile:      (650) 849-6666

6  See Additional Counsel for Defendant Listed
   On Last Page
7

8  Attorneys for Defendant and Counterclaimant
   STARENT NETWORKS CORP.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 | UTSTARCOM, INC., | CASE NO. C 05 00710 JSW |
15 | Plaintiff/Counter-Defendant | **STIPULATION AND [PROPOSED] ORDER] REGARDING TUTORIAL AND CLAIM CONSTRUCTION HEARING** |
   | v. | |
16 | STARENT NETWORKS CORP., | |
17 | Defendant/Counterclaimant | |

1    The parties through their respective counsel hereby stipulate that the Tutorial shall occur on
2 February 13, 2007, commencing at 10:00 a.m.  The parties further stipulate that the Claim
3 Construction hearing shall occur on February 14, 2007, commencing at 10:00 a.m.  Scott R. Mosko
4 received authority from Jenna Leavitt to attach her electronic signature to this stipulation.

5    IT IS SO STIPULATED.

7 Dated:  September 6, 2006          FINNEGAN, HENDERSON, FARABOW,
                                       GARRETT & DUNNER, L.L.P.

10                                   By:_____/s/_____
                                        Scott R. Mosko
11                                      Attorneys for Defendant and Counterclaimant
                                        Starent Networks Corp.

14 Dated:  September 6, 2006          LINER YANKELEVITZ SUNSHINE &
                                       REGENSTREIF LLP

17                                   By:_____/s/_____
                                        Jenna F. Leavitt
18                                      Attorneys for Plaintiff and Counter-Defendant
                                        UTStarcom Inc.

20 IT IS SO ORDERED

22 Dated:  __9/8/06_____        _____
                                         Patricia V. Trumbull
23                                       United States Magistrate Judge