Scott R. Mosko (State Bar No. 106070)
E-Mail:  scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

See Additional Counsel for Defendant Listed
On Last Page

Attorneys for Defendant and Counterclaimant
STARENT NETWORKS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UTSTARCOM, INC., <br><br> Plaintiff/Counter-Defendant <br> v. <br> STARENT NETWORKS, CORP., <br><br> Defendant/Counterclaimant | CASE NO. C 05 00710  JSW (PVT) <br><br> STIPULATION AND [PROPOSED] ORDER] TO EXTEND DATES |

The parties hereby stipulate to the following schedule:

| Activity | Current Date | New Date |
|---|---|---|
| Deadline for Exchange of Preliminary Claim Construction and Extrinsic Evidence: | October 10, 2006 | October 23, 2006 |
| Filing of Joint Claim Construction Statement | October 16, 2006 | November 6, 2006 |
| Claim Construction Discovery Cutoff | November 18, 2006 | December 6, 2006 |

Doc. No.  450815 PA

STIPULATION AND [PROPOSED ORDER] TO EXTEND DATES
Case No. C 05-00710 JSW  PVT

The other dates concerning the claim construction activities, set forth below will remain as scheduled:

| | |
|---|---|
| Plaintiff's Opening Claim Construction Brief | January 8, 2007 |
| Defendants Responsive Claim Construction Brief | January 22, 2007 |
| Plaintiff's Reply Brief | January 29, 2007 |
| Tutorial | February 13, 2007 (10:00 a.m.) |
| Claim Construction Hearing | February 14, 2007 (10:00 a.m.) |

By his signature below, counsel for Defendant swears under penalty of perjury that counsel for Plaintiff concurred in the filing of this document.

Dated: October 5, 2006            FINNEGAN, HENDERSON, FARABOW,
                                                GARRETT & DUNNER, L.L.P.


By:___/s/ Scott R. Mosko_____
     Scott R. Mosko
     Attorneys for Defendant and Counterclaimant
     Starent Networks, Corp.

Dated: October 5, 2006            LINER YANKELEVITZ SUNSHINE &
                                                REGENSTREIF LLP


By:___/s/ Jenna F. Leavitt_____
     Jenna F. Leavitt
     Attorneys for Plaintiff and Counter-Defendant
     UTStarcom Inc.

IT IS SO ORDERED

Dated: 10/6/06

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge