UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UTSTARCOM, INC., | ) | Case No.: C05-0710 JSW (PVT) |
| Plaintiff, | ) | **INTERIM ORDER RE DEFENDANT'S MOTION TO COMPEL** |
| v. | ) | |
| STARENT NETWORKS CORPORATION, | ) | |
| Defendant. | ) | |

On September 19, 2006, Defendant Starent Networks, Corp. ("Starent") filed a motion to compel. Plaintiff UTStarcom, Inc. ("UTStarcom") opposed the motion. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this interim order without oral argument. Based on the moving, opposition and reply papers filed,

IT IS HEREBY ORDERED that Starent's motion is GRANTED as to the number of interrogatories. In the parties' Joint Case Management Conference Statement (filed herein at docket no. 43) UTStarcom agreed to a modification of the discovery limitations such that each side may propound 40 interrogatories. UTStarcom has not shown that, reasonably read, Starent's

twelve interrogatories should count as more than 40 interrogatories.[1]

IT IS FURTHER ORDERED that, before propounding any further interrogatories, Starent shall meet and confer with UTStarcom to reach agreement as to the number of remaining interrogatories Starent is allowed. If the parties cannot reach agreement Starent shall move for an order setting the number of interrogatories Starent has left. Any such motion may be brought on one week's notice, with the opposition due two court days before the hearing, and no reply.

IT IS FURTHER ORDERED that the hearing remains on calendar for 10:00 a.m. with regard to the parties' dispute over document request nos. 32 and 33.

Dated: *10/23/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] Even by UTStarcom's strained count, the total would only be 48, and given the nature and complexity of this case, relief to allow this number of interrogatories would be warranted.