UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UTSTARCOM, INC., | ) | Case No.: C05-0710 JSW (PVT) |
| Plaintiff, | ) | |
| | ) | **FURTHER ORDER RE DEFENDANT'S MOTION TO COMPEL** |
| v. | ) | |
| STARENT NETWORKS CORPORATION, | ) | |
| Defendant. | ) | |

On October 24, 2006, the parties appeared before Magistrate Judge Patricia V. Trumbull for heaing on Defendant Starent Networks, Corp. ("Starent") motion to compel. Based on the briefs and arguments submitted,

IT IS HEREBY ORDERED that Starent's motion is DENIED as to Document Request Nos. 32 and 33. As written, the requests are far too broad. This order is without prejudice to Starent propounding more narrowly crafted requests for documents related to specified kinds of patent standards from specified kinds of standards organizations.[1]

Dated: *10/24/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The court expects Starent to first attempt to obtain any actual standards directly from the standards organizations on an informal basis.

ORDER, *page 1*