UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UTSTARCOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> STARENT NETWORKS CORPORATION, <br><br> Defendant. | Case No.: C05-0710 JSW (PVT) <br><br> **ORDER RE CONDUCT OF TUTORIAL AND CLAIMS CONSTRUCTION HEARING** |

It appears from Defendant's opposition to Plaintiff's a motion to extend the claims construction discovery cutoff that there is some uncertainty regarding whether the court will allow live testimony of experts at the claims construction hearing in this case. In order to clarify the court's expectation in that, and one other regard,

IT IS HEREBY ORDERED that, absent further order of the court, no live testimony will be allowed at the claims construction hearing.

IT IS FURTHER ORDERED that the parties' presentation at the tutorial shall be a *joint* presentation. The tutorial is intended to be a neutral presentation designed to provide the court with a general understanding of the technology at issue in the case. In the event the parties mutually decide to include live testimony in the tutorial, any such testimony must be jointly agreed upon.

Dated: *12/11/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*