VENABLE LLP
JOANNA M. ESTY, ESQ. (SBN 147903)
JENNA F. LEAVITT, ESQ. (SBN 213574)
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
E-mail: jesty@venable.com
E-mail: jleavitt@venable.com

Attorneys for Plaintiff and Counter-Defendant
UTSTARCOM, INC.


SCOTT R. MOSKO, ESQ.
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666
E-mail: scott.mosko@finnegan.com

Attorneys for Defendant and Counterclaimant
STARENT NETWORKS, CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UTSTARCOM, INC.,<br><br>    Plaintiff and<br>    Counter-defendant,<br><br>v.<br><br>STARENT NETWORKS CORP.,<br><br>    Defendant and<br>    Counterclaimant. | CASE NO.: 05-00710 JSW<br>Honorable Jeffrey S. White<br><br>**STIPULATION TO STAY ACTION PENDING PATENT REISSUE PROCEEDINGS AND [PROPOSED] ORDER** |

- 1 -

**STIPULATION TO STAY ACTION  Case No. 05-00710**

## STIPULATION

WHEREAS, the parties, UTStarcom, Inc., Plaintiff and Counter-Defendant, and Starent Networks, Corporation, Defendant and Counter-Plaintiff, hereby stipulate to the relief sought in the Plaintiff's Motion to Stay Action Pending Reissue as follows:

WHEREAS, the parties consent and agree to the entry of an Order staying this action pending the final results, after exhaustion of all appeals, of the reissue application of the patent-in-suit, namely U.S. Patent No. 6,829,473 entitled "Roaming and Handoff Support for Prepaid Billing for Wireless Data Networks" now before the U.S. Patent and Trademark Office.

WHEREAS, this Court has Ordered that the Honorable Patricia V. Trumbull conduct the Claim Construction Proceedings in this patent infringement action. A Claim Construction hearing is currently scheduled for February 14, 2007. The Parties have contacted the Honorable Magistrate Judge Trumbull who concurs with their recommendation that this matter be stayed until the proceedings in the Patent and Trademark Office are concluded as they concern the patent-in-suit.

WHEREAS, the parties will submit a joint statement every ninety (90) days from the day this Order is entered advising the Court of the status of the activities in the Patent and Trademark Office as they concern the patent-in-suit.

It is so STIPULATED.

By her signature below, counsel for Plaintiff swears under penalty of perjury that counsel for Defendant concurred in the filing of this document.

Dated: January 29, 2007     VENABLE LLP

By: ___/ s /_____
JoAnna M. Esty (147903)
Jenna F. Leavitt (213574)
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
E-mail: jesty@venable.com
E-mail: jleavitt@venable.com

Attorneys for Plaintiff/Counterdefendant
UTStarcom, Inc.

Dated: January 29, 2007

FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, L.L.P.

By:  / s /
    Scott R. Mosko (106070)
    Stanford Research Park
    3300 Hillview Avenue
    Palo Alto, CA 94304-1203
    Telephone: (650) 849-6600
    Facsimile: (650) 849-6666
    E-mail: scott.mosko@finnegan.com

Attorneys for Defendant/Counterclaimant,
Starent Networks, Corp.

**[~~PROPOSED~~] ORDER**

**IT IS SO ORDERED.**

Dated: __January 29, 2007__             _/s/ Jeffrey S. White_
                   JEFFREY S. WHITE
                   UNITED STATED DISTRICT JUDGE

**STIPULATION TO STAY ACTION   Case No. 05-00710**