IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTSTARCOM, INC., | |
|     Plaintiff, | No. 05-00710 JSW |
|     v. | **ORDER REQUIRING JOINT STATUS REPORT** |
| STARENT NETWORKS, CORPORATION, | |
|     Defendants. | |

On January 29, 2007, the Court issued an Order staying this action. The parties agreed to provide status reports every 90 days. The last status report was filed on April 29, 2008. The parties are HEREBY ORDERED to submit a joint status report to the Court by no later than November 14, 2008, and to continue to submit status reports every 90 days thereafter until the stay is lifted.

**IT IS SO ORDERED.**

Dated: November 5, 2008

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE