VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
(310) 229-9900

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UTSTARCOM, INC.,<br><br>    Plaintiff and<br>    Counter-defendant,<br><br>    v.<br><br>STARENT NETWORKS CORP.,<br><br>    Defendant and<br>    Counterclaimant. | CASE NO.: 05-00710 JSW<br>Honorable Jeffrey S. White<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER** |

Former counsel for Plaintiff and Counter-Defendant UTStarcom, Inc. ("UTSI") respectfully requests that Jenna F. Leavitt be permitted to withdraw as counsel of record for UTSI. Ms. Leavitt has moved to the law firm of Pillsbury Winthrop Shaw Pittman LLP and is no longer associated with UTSI's counsel of record, Venable, LLP. UTSI further requests the termination of electronic notice of e-filings for this matter for:

> Jenna F. Leavitt
> Pillsbury Winthrop Shaw Pittman LLP
> 725 South Figueroa Street, Suite 2800
> Los Angeles, California 90017
> T: 213.488.7100
> F: 213.629.1033
> jenna.leavitt@pillsburylaw.com

No other changes to UTSI's counsel are requested at this time.

Dated: November 18, 2008              PILLSBURY WINTHROP SHAW PITTMAN LLP


                                       By:    _____/s/ Jenna F. Leavitt_____
                                              Jenna F. Leavitt
                                              Former Attorney for Plaintiff/Counterdefendant
                                              UTStarcom, Inc.

## ~~PROPOSED~~ ORDER

The foregoing withdrawal of counsel is GRANTED. The Clerk of the Court is directed to make the appropriate change on the docket by removing the above-named attorney as counsel of record for Plaintiff and Counter-defendant UTStarcom, Inc., and to terminate all e-filing notices in this matter for such attorney.

**IT IS SO ORDERED.**

DATED: ___November 24, 2008_____

_____
UNITED STATES DISTRICT COURT JUDGE

---

3
WITHDRAWAL OF COUNSEL - Case No. 05-00710